# IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| In Re: ) | Chapter 7 Case 10-40720-EJC |
| ) | |
| Wallace D. Moye, Jr., ) | |
| ) | Adversary Proceeding No. |
| Debtor / Plaintiff ) | |
| v ) | |
| ) | _____ |
| ) | |
| The Northwestern Mutual Life ) | |
| Insurance Company, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY

Comes now the Debtor and files this Complaint to determine the dischargeability of his debt to Liberty Mutual Insurance Company, and shows the Court:

1.      The Debtor filed Chapter 7 on April 1, 2010, and is subject to the jurisdiction of the Court.

2.      This is a core proceeding.]

3.      At the time he filed this Chapter 7 case, the Debtor owed the Defendant approximately $123,000.00 for a loan secured by a life insurance policy.

4.      The Debtor inadvertently failed to schedule the Defendant as a creditor in his Chapter 7 petition.

5.      The Court entered a discharge in the Debtor's case on November 9, 2010.

6.      The Defendant's claim does not fall within the exceptions to discharge set forth in 11 U.S.C. Section 523(a).

Wherefore, the Debtor prays that the Court enter judgment finding that this debt was discharged in the Chapter 7 case, and for such further relief as the Court deems appropriate.

This 5th day of November, 2014.

_____
JUDSON C. HILL, GA BAR 354277
ATTORNEY FOR DEBTOR

Gastin & Hill
Post Office Box 8012
Savannah, GA 31412
(912) 232-0203